IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONNIE BROWN,
ADC #110945                                                                                          PLAINTIFF

v.                                          5:05CV00207HLJ

GEORGE WILSON, et al.                                                                      DEFENDANTS

## ORDER

By Order dated August 17, 2005 (DE #3), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983, and directed plaintiff to file an amended complaint within thirty days. Plaintiff has now submitted an amended complaint, in which he asks to dismiss several individuals originally named as defendants (DE #5). Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's request to voluntarily dismiss defendants Newton, Carpenter, Harris, Stell, Joyner, Horn, Cherry, Bentley, Turner, Rickevious, Emery, Bailey, Young, Parson, Burnett, Davis, Corley, Riley, Spears, Mussgrove, White, Erwin, Givens, Raspberry, Cockrel, Reed, and Burton is hereby GRANTED.  These defendants are DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 5th day of October, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE