IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONNIE BROWN, III,                                                                PLAINTIFF
ADC #110945

v.                                        5:05CV00207HLJ

GEORGE WILSON, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 13th day of June, 2007.

_____
United States Magistrate Judge